**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-cv-00628-O |
| | § | |
| KENNY GEE'S LLC d/b/a | § | |
| STOP N SHOP, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's Motion for Default Final Judgment Against Both Defendants (ECF No. 13) is **GRANTED** in **PART**.

2. Defendants are liable to Plaintiff for $5,000 in statutory damages and $718.50 in costs.

3. Defendants, their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with them are permanently restrained and enjoined from infringing upon, or assisting, aiding, or attempting to assist or aid others in infringing upon, the four trademarks at issue in this suit via the:

   a. Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing, advertising, or

promotion of counterfeit products bearing any of the four trademarks at issue in this suit.

4. Defendants shall, at their cost, deliver to GS for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other items in their possession, custody or control bearing any of the four trademarks at issue in this suit, but not including any legitimate products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other items designed or produced by GS.

5. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this 1st day of February, 2024.

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**